### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| HERMAN LEE WRIGHT, JR., ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2:12-cv-00768-IPJ-JEO |
| ALEX DUDCHOCK, et al., ) | |
| Defendants. ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 9, 2013, recommending that plaintiff's complaint be dismissed without prejudice for failure to exhaust his administrative remedies pursuant to 42 U.S.C. § 1997e(a). (Doc. 26.) No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, this action is due to be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to exhaust his administrative remedies pursuant to 42 U.S.C. § 1997e(a). A Final Judgment will be entered.

DONE this the 5th day of February, 2014.

INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE